# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

@AH 9-10-20

**OFFICE USE ONLY**
Grievance #: 2021003195
Date Received: SEP 0 8 2020
Date Due: 10·18·20
Grievance Code: ~~005~~ 800
Investigator ID #: 12644
Extension Date: 11/27/00
Date Ret'd to Offender: OCT 1 9 2020
AH DEC 0 8 2020

Offender Name: Adam Hornsby   TDCJ # 1589373
Unit: Beto   Housing Assignment: F 129
Unit where incident occurred: F 129 and on the run.

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sergeant Wilcoxson   When? 9-5-20
What was their response? Had me taken to Medical
What action was taken? I'm supposed to see Medical again

SEP 0 8 2020

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 9-2-20 LT Beusch walked up to my cell with officer's Street and Cofer. LT Beusch told me to cuff up i told her hold on I have a no cuff to arm pass instead she called an I.C.S told the picket boss to roll the cell with out the camera and gave an order to officer Justin Street to kick his ass. Officer Street and officer Jason Cofer came into the cell. Officer Cofer slammed me on my right side causing me severe pain to my already injured arm while officer Cofer has my right arm shoved behind my back officer Street was punching me in the left side of my head causing a black eye my teeth started bleeding again from impact of my head hitting the floor. Officer Cofer caused nerve damage to my wrist and hurt my back and shoulder. I was taken out of my cell and placed on the wall while all of my property got taken i was trying to let the camera recording know how i was extracted from my cell with out the camera and beat up. LT Bryanna Beusch told me to go back in the cell i told her i'm trying to get all of the illegal stuff she did to me on camera she gassed me and had me put back in the cell. Three row was flooding so she had the water turned off for four and a half hours i could not decontaminate due to not having any access to water and the gas was all in my eye's at 7:30pm the guard let me shower at no time did i get to go to medical that day. Sergeant Larsen told me that a nurse did the

SEP 0 8 2020

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

report this is untrue on 9-5-20 Nurse King did a report and she told me no one did any report on the use of force. She said i might have nerve damage and i have a hard time seeing out of my left eye. On 9-2-20 I was also told i could not use the phone because Sergeant Larsen told him not to let me call anyone on 9-7-20 Sergeant Larsen told me i could not make a phone call due to LT Beusch telling him that i am on phone restriction. This is covid-19 everyone is allowed a phone call and i am not on restriction. This is a violation of my First amendment, sixth amendment, eighth amendment, amendment XIV and fourth amendment.

**Action Requested to resolve your Complaint.** I want to see the Major and O.I. I want a person to come take statements about this.

**Offender Signature:** Adam Lee Hornsby   SEP 0 8 2020   **Date:** 9-7-20

**Grievance Response:**

Your allegations have been investigated. The use of force you claimed was excessive was investigated on a unit level and found to be appropriate. That investigation was forwarded to The Office of the Inspector General (OIG) for further review, where it was determined that there was insufficient evidence to support opening an OIG investigation. No further action is warranted at this time.

**Signature Authority:** William Wheat — William J. Wheat, Asst. Warden   **Date:** 10/16/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

JAN 29 2021

3C-28B



# Texas Department of Criminal Justice
## STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: Adam Lee Hornsby   TDCJ #: 1589373
Unit: Alfred Hughes   Housing Assignment: 3A 55B
Unit where incident occurred: Inside Beto F129 / outside cell

**OFFICE USE ONLY**
Grievance #: 2021 003195
UGI Recd Date: DEC 10 2020
HQ Recd Date: DEC 17 2020
Date Due: 1-19-21
Grievance Code: 800
Investigator ID#: 10964
Extension Date: _____

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am appealing the Step 1 because the warden states that the use of force was appropriate. This is called an illegal use of force. LT Beusch rolled my cell door with no justification and allowed two officers to assault me. LT Beusch had already called an I.C.S if every thing was by the book what justification did she have when she rolled my cell with-out waiting for the use of force camera/operator and allowed the two officers to assault me causing a broke bone in my right wrist. Consult with Medical I had no treatment the day of the use of force that was on 9-2-20 I had no medical treatment until 9-5-2020 that was done by Donna King (RN) who stated no use of force was logged in to medical on the use of force date. You have more then one violation on this uof I have had surgery from this use of force. Medical and dental along with mental health has documents of this assault. The officers had to conspire to do this use of force with-out waiting on the camera this shows the intent to harm me off camera, ~~the camera~~ the use of force camera will show how tight the hand cuff was already on my wrist causing it to break what reason if any was stated for the use of force and why did they use force before the camera got to the cell. I did not get any case because I did ~~nothing~~ nothing wrong. Why did O.I.G not investigate this I request that this gets properly investigated and that the uof

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

camera gets watched please review all of my medical records and X-Rays. please look into why i did not get medical attention after a Major use of force. I was left in the cell with no property and no water to decontaminate causing my left eye to mess up. Also I did not get this grievance back until 12-8-20 why is this no extension was Filed

Offender Signature: Adam Lee Hornsby                    Date: 12-10-2020

**Grievance Response:**

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No further action will be taken.

Signature Authority: TP                    T. PHILLIPS    Date: DEC 23 2020

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

-128 Back (Revised 11-2010)                    Appendix G