Case 6:21-cv-00354-KNM Document 1-2 Filed 09/09/21 Page 1 of 4 PageID #:

TO THE DISTRICT CLERK OF THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

8-31-21

I Adam Hornsby T.D.C.J #1589373 Plaintiff foregot to add the Summons with my 1983 complaint in which you should have got the same day as this request. I Filed My 1983 with the law library today 8-31-2021 Due to Covid-19 lock down on my pod the law library came and woke me up out of my sleep so I foregot. Please accept my Summons to go with the 1983

Best regards Plaintiff: Adam Hornsby
T.D.C.J #1589373 Alfred Hughes Unit
RT 2 Box 4400 Gatesville, TX 76597

CLERK, U.S. ...
RECE...
SEP 07 ...
EASTERN ...

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION.

ADAM HORNSBY T.D.C.J #1589373
    Plaintiff,

V.

BRYANNA BEUSCH, JASON COFER, JUSTIN STREET, individually and in their official capacities,

SUMMONS
Civil Action No. _____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Plaintiffs, whose address is Alfred Hughes Unit RT 2 Box 4400 Gatesville, TX 76597, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____



Adam Lee Hornsby
T.D.C.J # 1589343
Alfred Hughes Unit
RT 2 Box 4400
Gatesville, TX 76597

AUSTIN TX 787
RIO GRANDE DISTRICT
2 SEP 2021 PM 2 L

U.S District Clerk's Office
211 W. Ferguson St. RM. 106
Tyler, TX 75702

For Credit to the US Treasury
SEP 07 2021
00004678



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION