RECEIVED

SEP 09 2021

Reviewed By_____

US DISTRICT CLERK, I ADAM HORNSBY # 1589373, have tryed to comply with all request for copy's, but unit does not supply copy's and i am unable to supply, so i am requesting ;

F.R.A.P. 2,7,(d),(3) AN ORIGINAL AND 3 COPIES MUST BE FILED

UNLESS THE COURT REQUIRES A DIFFERENT NUMBER BY LOCAL RULE OR BY ORDER IN A PATICULAR CASE.

I"M ASKING IF FURTHER COPIES ARE NEEDED FOR PARTY"S THE COURT CLERK FOWARD THE NEEDED COPY"S, THANK YOU FOR YOUR TIME AND HELP.

ADAM HORNSBY TDCJ#1589373
HUGHES UNIT RT 2 BOX4400
GATESVILLE TX.76597

Signed on _Adam Hornsby_ , _8-25-21_ , 2021 _____