

Adam Hornsby
TDCJ # 1589393
Alfred Hughes Unit
RT 2 Box 4400
Gatesville, TX 76597

U.S. District Clerk's Office
211 W. Ferguson St, Rm. 106
Tyler, TX 75702

