In the United States District Court
For the EASTERN DISTRICT OF TEXAS

ADAM HORNSBY

v.

BEUSCH ET AL.



PLAINITFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

CIVil Action No. 6:21CV354

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants [Brianna Beusch, Jason Cofer and Justin Street] produce for inspection and copying the following documents:

1. The complete prison record of plaintiff.
2. All written statements, originals or copies, identifiable as reports about the incident from September 2, 2020 until September 8, 2020, made by prison and civilian employees of The Texas Department of Criminal Justice and prisoner witnesses.
3. Any and all medical records of Plaintiff from the time of his incarceration at the Beto unit through and including the date of your response to this request.
4. Copies of officers discplinary records while working for the Texas department of Criminal Justice.
5. Any and all rules, regulations, and policies of The Texas department of criminal Justice for use of force and I.C.S procedures while in transient and handicapped.
6. The O.I.G investigation report from this complaint on grievance #2021003195 and any other reports that the office of the inspector general have on the use of forces that happend to me on the Beto unit.

Dated 9-21-2021
Signed Adam Hornsby