# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAM HORNSBY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:21cv354** |
| | § | |
| **BRYANNA BEUSCH,** *et al.,* | § | |
| *Defendants.* | § | |
| | § | |

## DEFENDANTS' ORIGINAL ANSWER AND JURY DEMAND

NOW COME Defendants Bryanna Beusch, Jason Cofer, and Justin Street, by and through the Office of the Attorney General for the State of Texas, and submits this Original Answer and Jury Demand in response to Plaintiff's Original Complaint. ECF No. 1.

## I.
## DEFENDANTS' ANSWER TO THE COMPLAINT

1. Pursuant to Federal Rule of Civil Procedure 8(b), Defendants deny each and every allegation contained in Plaintiff's Original Complaint except for those expressly admitted herein.

2. Defendants admit that Plaintiff was an inmate confined to the custody of Texas Department of Criminal Justice ("TDCJ") at all times relevant to this case.

3. Defendants admit that, at all times relevant to the allegations in the original complaint, they were employed by TDCJ.

4. Defendants admit TDCJ is an agency of the State of Texas.

5. Defendants do not contest the jurisdiction of this Court to hear the claims asserted, nor do they contest that venue is proper in the Eastern District of Texas, Tyler Division.

6. Defendants admit that at all times relevant to Plaintiff's claims they were acting under color of law and within the scope of their employment.

7. Defendants admit that causes of action may be stated under certain circumstances pursuant to 42

U.S.C. § 1983, but deny that such circumstances are present in this case.

8. Defendants deny that Plaintiff was deprived of any right, privilege, or immunity granted or secured by the Constitution and/or laws of the United States.

9. Defendants deny that Plaintiff is entitled to any relief demanded in his complaint, and further deny that Plaintiff is entitled to punitive damages, attorney's fees, or costs in any amount whatsoever.

10. Defendants neither admit nor deny that they used excessive force against Planitff in September of 2020, as there has not been an opportunity for sufficient fact gathering.

11. Defendants neither admit nor deny that Plaintiff's injuries were caused by their alleged use of force, as there has not been an opportunity for sufficent fact gathering.

12. Defendants deny making a false entry into a government record in violation of Texas Penal Code 37.10.

## II.
## IMMUNITIES AND AFFIRMATIVE DEFENSES

13. Defendants deny that Plaintiff may bring this suit without first exhausting administrative remedies. Defendants will file a dispositive motion for failure to exhaust should it become evident that Plaintiff has failed to properly exhaust all administrative remedies.

14. To the extent that Plaintiff is lodging any complaint against Defendants in their individual capacity, Defendants assert that, at all times relevant to this cause of action, they acted in good faith and with a reasonable belief that their actions were in compliance with the laws and Constitution of the United States.

15. Defendants assert their entitlement to qualified immunity for all claims asserted against them in their individual capacity.

16. Defendants assert that Plaintiff has not demonstrated that their conduct violated clearly established law.

17. At all times relevant to this cause, Defendants acted, if they acted at all, in their official capacity as

officials of TDCJ, with the reasonable and good faith belief that their actions were proper under the Constitution and laws of the State.

18. Defendants assert a statute of limitations defense to any claims filed beyond the applicable statute of limitations.

## III.
## JURY DEMAND

19. Should trial be necessary in this suit, Defendants respectfully request a trial by jury.

## IV.
## PRAYER

Defendants Bryanna Beusch, Jason Cofer, and Justin Street pray that Plaintiff Hornsby take nothing, and that Defendants be awarded their costs and any other relief to which they may be entitled.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Luis A. Suarez*
**LUIS A. SUAREZ**
Assistant Attorney General
State Bar No.  24117110
luis.suarez@oag.texas.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 370-9814 Fax No.

**ATTORNEYS FOR BEUSCH, COFER, AND STREET**

## CERTIFICATE OF SERVICE

I, LUIS A. SUAREZ, Assistant Attorney General of Texas, certify that a correct copy of the

foregoing **Defendant's Original Answer and Jury Demand** has been served by placing same in the

United States Mail, postage prepaid within one business day of October 20, 2021, addressed to:

Adam Hornsby                                    *CMRRR 7020 0090 0000 7449 6910*
TDCJ-CID #1589373
Hugues Unit
3201 FM929,
Gatesville, TX 76528
**Plaintiff *pro se***

*/s/ Luis A. Suarez*
**LUIS A. SUAREZ**
Assistant Attorney General