IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

ADAM HORNSBY

v.

BRYANNA BEUSCH, ET AL.

CIVIL ACTION NO. 6:21 CV 354

MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C 1915(e)(1) Plaintiff (or Plaintiffs moves for an order appointing counsel to represent him in this case. In Support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford counsel.
2. I have injuries to My writing wrist that were caused by the guards in this case and writing causes me pain.
3. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. I have limited knowledge of the law.
4. A trial in this case will likely involve conflicting testimony and counsel would better enable Plaintiff to present evidence and cross examine witnesses.
5. Defendants have already requested a trial by Jury, so at this time I am also requesting a trial by Jury and the Honorable Judge K. NICOLE MITCHELL has said if this goes to Jury trial that an Attorney would be brought back up and all this writing is hurting me.

WHEREFORE Plaintiff request that the court appoint counsel.

12-29-2021
Date

Adam Hornsby
PLAINTIFF PRO-SE