IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAM HORNSBY, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-00354 |
| | § | |
| BRYANNA BEUSCH, *et al.,* | § | |
|     *Defendants.* | § | |
| | § | |

## DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Defendants Bryanna Beusch, Jason Cofer, and Justin Street (collectively, "Defendants"), by and through the Office of the Attorney General of Texas, file this Notice of Appearance of Co-Counsel. Defendants are currently represented by Assistant Attorney General Luis A. Suarez as the attorney-in-charge. Assistant Attorney General Jessica L. Weltge is now appearing as co-counsel for the Defendants and respectfully requests that the Court's records reflect her representation of Defendants Beusch, Cofer, and Street as co-counsel. Additionally, Assistant Attorney General Jessica L. Weltge requests that she be added to the Court's notification for all future filings, orders, and correspondence at the email address listed below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

/s/ *Jessica L. Weltge*
**JESSICA L. WELTGE**
Assistant Attorney General
Texas State Bar No. 24118585
Jessica.Weltge@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, **JESSICA L. WELTGE**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of **Defendants' Notice of Appearance of Co-Counsel** in accordance with the Electronic Case Files System of the Eastern District of Texas on February 3, 2023.

/s/ *Jessica L. Weltge*
**JESSICA L. WELTGE**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **JESSICA L. WELTGE**, Assistant Attorney General of Texas, certify that a true and correct copy of **Defendants' Notice of Appearance of Co-Counsel** has been served on all counsel of records via the Electronic Case Files System of the Eastern District of Texas on February 3, 2023.

/s/ *Jessica L. Weltge*
**JESSICA L. WELTGE**
Assistant Attorney General