IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADAM HORNSBY | § | |
| v. | § | CIVIL ACTION NO. 6:21cv354 |
| BRYANNA BEUSCH, ET AL. | § | |

ORDER

The Plaintiff Adam Hornsby has filed an unopposed motion to continue the trial in this case, which had been set for March 13, 2023. The Court has reviewed this motion and has determined that it is meritorious. It is accordingly

**ORDERED** that the Plaintiff's motion for continuance (docket no. 72) is **GRANTED**. The trial set for March 13, 2023 is **CANCELED**. It is further

**ORDERED** that the trial in this cause is re-set so that the pre-trial conference, to be followed by jury selection and trial, is scheduled for **Tuesday, June 20, 2023, at 8:30 a.m.** in the courtroom of United States Magistrate Judge K. Nicole Mitchell, William M. Steger Federal Building and United States Courthouse, 211 W. Ferguson St., Rm. 353, Tyler, Texas. The Court finds that the presence of **Plaintiff Adam Hornsby, TDCJ No. 01589373**, is necessary. It is accordingly

**ORDERED** that the Texas Department of Criminal Justice shall produce the body of the prisoner **Adam Hornsby, TDCJ No. 01589373**, at the U.S. Marshal's Office, Tyler, Texas, on **Tuesday, June 20, 2023, at 8:00 a.m.**, so that he may confer with his attorney. Thereafter, he shall remain in attendance so long as the proceedings may continue. Thereafter, he shall be returned to the custody of the Texas Department of Criminal Justice - Correctional Institutions Division pending further order of the Court. It is further

**ORDERED** that after the prisoner has been produced to the U.S. Marshal for the Eastern District of Texas, the U.S. Marshal Service shall produce the prisoner for each day thereafter, until the proceedings herein are concluded, returning him each day to the custody of the Texas Department of Criminal Justice at the U.S. Marshal's Office, Tyler, Texas, and at the conclusion of the proceedings, finally returning him to the custody of the Texas Department of Criminal Justice - Correctional Institutions Division. Finally, it is

ORDERED that the Clerk of the Court shall furnish all parties with a copy of this Order. Additionally, the Clerk shall furnish a copy of this Order to the U.S. Marshal for the Eastern District of Texas and shall email a copy of this Order to the Texas Department of Criminal Justice at courtorders@tdcj.texas.gov.

So ORDERED and SIGNED this 7th day of March, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE