IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADAM HORNSBY | § | |
| v. | § | CIVIL ACTION NO. 6:21cv354 |
| BRYANNA BEUSCH, ET AL. | § | |

ORDER OF ADMINISTRATIVE CLOSING

On June 22, 2023, the parties filed a joint motion to stay all deadlines or administratively close the case and a notice that all matters in controversy between the parties have been settled in principle. The Court has reviewed this motion and has determined that an order of administrative closing, as requested by the parties, is appropriate pending final settlement. It is accordingly

**ORDERED** that the above-styled civil action is **ADMINISTRATIVELY CLOSED** and placed upon an inactive docket for administrative and statistical purposes until further order of the Court, pending the formalizing of the agreement and the submission of settlement papers. It is further

**ORDERED** that the parties shall file status updates every 30 days until such time as the settlement agreement is finalized.

So ORDERED and SIGNED this 17th day of August, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1