IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADAM HORNSBY | § | |
| v. | § | CIVIL ACTION NO. 6:21cv354 |
| BRYANNA BEUSCH, ET AL. | § | |

ORDER GRANTING JOINT MOTION FOR DISMISSAL

The parties in this case have filed an agreed notice of dismissal. In accordance with the agreement of the parties, it is hereby

**ORDERED** that the above-styled lawsuit is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED**.

So ORDERED and SIGNED this 21st day of August, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1