IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ADAM HORNSBY | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:21cv354 |
| BRYANNA BEUSCH, ET AL. | § | |

## FINAL JUDGMENT

The above-styled civil rights lawsuit having come before the Court for consideration, and a decision having been duly rendered, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 21st day of August, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE